## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **JAMES MICHAEL ALLMAN on behalf of himself and all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Docket No. 14-cv-10138** |
| **AMERICAN AIRLINES, INC. PILOT RETIREMENT BENEFIT PROGRAM VARIABLE INCOME PLAN, STATE STREET BANK & TRUST COMPANY, LAURA A. EINSPANIER, CAROLYN E. WRIGHT, BRIAN J. MCMENAMY, PETER WARLICK, BEVERLY K. GOULET, MARK BURDETTE, AND JOHN & JANE DOES 1-50.** | ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff James Michael Allman ("Plaintiff" or "Allman") hereby moves the Court as follows:

1.      To preliminarily approve the Settlement Agreement between Plaintiff and Defendants under Federal Rule of Civil Procedure 23(e);

2.      To approve the form and authorize the distribution of the Proposed Class Settlement Notice to the Class pursuant to Federal Rule of Civil Procedure 23(c) and (e);

3.      To approve the Proposed Plan of Allocation;

4.      To appoint a Settlement Administrator;

5.      To set dates for a fairness hearing on the question of whether the proposed Settlement should be finally approved as fair, reasonable, and adequate as to the members of the Class, and for a hearing on the question of whether the motion of Class Counsel for attorneys' fees, costs, and expenses and the motion for a service award to Plaintiff should be approved.

This Motion is based on the accompanying Memorandum in support thereof, the Declaration of R. Joseph Barton ("Barton Decl."), the Declaration of Peter Romer-Friedman ("Romer-Friedman Decl.") filed herewith, the attachments to those declarations, all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

Dated: July 21, 2016

Respectfully submitted,

 /s/ Jason M. Leviton
Jason M. Leviton
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, Massachusetts 02110
Tel:  (617) 398-5600
Fax:  (617) 507-6020
Jason@blockesq.com

R. Joseph Barton (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue, Suite 500
Washington D.C. 20005
Telephone: (202) 408-4600
Fax:    (202) 408-4699
Fax:    (202) 408-4699
jbarton@cohenmilstein.com

Matthew Z. Crotty (admitted *pro hac vice*)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave.
Suite 409
Spokane, WA 99201
Tel:  (509) 850-7011
matt@crottyandson.com

Peter Romer-Friedman (admitted *pro hac vice*)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle NW
Suite 400
Washington, DC 20036
Telephone (202) 319-1000
Fax: (202) 319-1010
peter_romerfriedman@washlaw.org

Thomas G. Jarrard (admitted *pro hac vice*)
LAW OFFICE OF THOMAS G. JARRARD
LLC
1020 N. Washington Dt.

2157438.1

Spokane, WA  99201
Tel:  (425) 239-7290
Fax: (509) 326-2932
Tjarrard@att.net

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 21, 2016

<u>/s/ Jason M. Leviton</u>
Jason M. Leviton